NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRESENCIO FONTILLA,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3013

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110050-I-1.

---

**ON MOTION**

---

**ORDER**

Cresencio Fontilla moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cresencio Fontilla
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**